IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | Case No.: 07-10115 |
| | ) | |
| KEITH CANTORE, | ) | Judge Joe Billy McDade |
| | ) | Room D |
| **Defendant.** | ) | |

## MOTION IN LIMINE

**NOW COMES** the Defendant **KEITH CANTORE** by and through his attorney *Bruce E. Brandwein*, and pursuant to FRE 403 moves to bar admission of any evidence of sales of alligators at trial and in support of said motion states as follows:

1. That the Defendant is charged by Indictment with a violation of 16 U.S.C. § 3372 and 21 CFR 1240.62 which prohibit the selling or offering to sell live turtles with a carapace length of less than four (4) inches.

2. That the indictment alleges that on July 24, 2005 the Defendant sold a three foot long alligator to an undercover agent and that on August 28, 2005 Co-Defendant Johnson sold a small alligator to an undercover officer.

3. That on April 25, 2008 the Court struck that portion of the indictment dealing with alligators.

4. That the alleged sale of alligators is not an element of the crime charged.

5. That any evidence of sales of alligators (which is not a federal offense) is not probative of any issue involving the alleged illegal sale of turtles. Any such evidence would just confuse or mislead the jury and thereby the danger of unfair prejudice would outweigh any probative value.

**WHEREFORE** the Defendant **KEITH CANTORE** moves for an order barring the Government from introducing any evidence concerning sales of alligators at his trial.

Bruce E. Brandwein
***BRANDWEIN & SMOLIN***
20 South Clark Street, Suite 410
Chicago, Illinois 60603
(312) 853-0008
(312) 853-0821
A.R.D.C. No.: 0280127

Respectfully Submitted,

/s/ Bruce E. Brandwein
Bruce E. Brandwein